EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Andrew I. Port (State Bar # 120977)
Katharine Essick (State Bar #219426)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Tel. (415) 227-9455
Fax (415) 227-4255
aport@edptlaw.com
kessick@edptlaw.com

Attorneys for Defendant
HANJIN SHIPPING COMPANY, LTD.,
erroneously named as Hanjin Lines

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HAYNES,<br><br>    Plaintiff,<br><br>vs.<br><br>HANJIN LINES and DOES 1-20,<br><br>    Defendant(s). | Case No.: C 06 00395 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

WHEREAS plaintiff James Haynes ("Plaintiff") filed this action for negligence against defendant Hanjin Shipping Company, Ltd., erroneously named as Hanjin Lines ("Hanjin");

WHEREAS Plaintiff alleged in his Complaint that Hanjin was the owner, operator, charterer or inspector of a vessel on which Plaintiff was injured on or about October 24, 2003;

WHEREAS Plaintiff alleged in his Complaint that on or about October 24, 2003, Hanjin was in control of a vessel on which he was injured, the vessel's gear, appliances, and component parts;

WHEREAS the parties agree that the vessel on which Plaintiff alleges he was injured on or about October 24, 2003 was the TRADE FOISON;

WHEREAS the parties agree that Hanjin was not the not the owner, operator, or owner *pro*

- 1 -
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE
U.S.D.C. NORTHERN DISTRICT, ACTION NO. C 06 00395 JSW

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

*hac vice* of the TRADE FOISON on or about October 24, 2003, but was rather the slot charterer of the TRADE FOISON;

WHEREAS the parties agree that Hanjin is not a proper defendant to this action under the applicable provisions of the federal Longshore & Harbor Workers Compensation Act, 33 U.S.C. §§901 et seq.;

WHEREAS the parties agree that the action be dismissed without prejudice;

THE PARTIES HEREBY STIPULATE that the action be dismissed without prejudice in its entirety.

Dated: April 5, 2006    EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Andrew I. Port
Katharine Essick


By _____/s/_____
Katharine Essick
Attorneys for Defendant HANJIN SHIPPING COMPANY, LTD., erroneously named as Hanjin Lines


Dated: April 10, 2006    WELTIN LAW OFFICE, P.C.


By _____/s/_____
Patrick B. Streb
Attorneys for Plaintiff JAMES HAYNES


The action *James Haynes v. Hanjin Lines, et al.*, Case No. C 06 00395 JSW, is hereby dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: ~~January~~ April 12, 2006    _____
Hon. Jeffrey S. White
Judge, District Court

- 2 -
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE
U.S.D.C. NORTHERN DISTRICT, ACTION NO. C 06 00395 JSW